IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARRY JAY BALLARD                                                                    PLAINTIFFS
and JULIE VAROSI

v.                              NO. 4:17CV00458 JLH

HARLAN B.T. HUNTER                                                                   DEFENDANT

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 17th day of September, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE